**IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**GAIL GONZALEZ,**

    Plaintiff,

vs.

**WALMART STORES EAST, LP.**

    Defendant.

_____/

**GENERAL JURISDICTION DIVISION**

**CASE NO.:**

**FLORIDA BAR NO.: 141003**

## COMPLAINT

COMES NOW the Plaintiff, **GAIL GONZALEZ**, by and through the undersigned attorney and sues the Defendant, **WALMART STORES EAST, LP.** (*hereinafter referred to as "WALMART"*) and alleges:

1.    This is an action for damages in excess of Thirty Thousand Dollars and One Cent ($30,000.01) exclusive of attorney's fees, interest and costs and therefore, within the jurisdiction of this Court.

2.    That at all times material hereto, the Plaintiff, **GAIL GONZALEZ**, was and is a resident of Miami-Dade County, Florida and is otherwise sui juris.

3.    That at all times the Defendant, **WALMART** is licensed to and was doing business in the City of Hialeah, Miami-Dade County, Florida.

### COUNT I –
### NEGLIGENCE AGAINST WALMART
_____

**EXHIBIT A**

4.      The Plaintiff, **GAIL GONZALEZ,** readopts and re-alleges paragraphs one through three as if fully set forth herein.

5.      That at all times material hereto, the Defendant, **WALMART,** owned, operated, was responsible for, controlled and otherwise maintained the premises known as the "Walmart Super Center" located at 9300 Northwest 77th Avenue, Hialeah, Florida 33016.

6.      That on or about June 28, 2018, the Plaintiff, **GAIL GONZALEZ,** entered into and upon the Defendant, **WALMART's,** store in order to shop, and therefore was an invitee.

7.      That upon traversing the Defendant's premises and specifically, the daily aisle area, the Plaintiff, **GAIL GONZALEZ,** stepped on and slipped upon a substance and/or what is believed to have been a Vienna sausage, sausage and/or meat product inside the Defendant, **WALMART's** store.

8.      That the Defendant, **WALMART,** negligently maintained the floors of its premises by allowing a transitory substance and/or Vienna sausage, sausage and/or a meat product to exist in such a manner that those on the property such as the Plaintiff, **GAIL GONZALEZ,** would foreseeably be caused to slip on same and sustain injuries.

9.      That at all times material hereto, the Defendant, **WALMART,** had a legal duty, including but not limited to the following:

   a.      To maintain the store and its floors in a safe condition and keeping it free of a dangerous substances and/or transitory substances;

EXHIBIT A

b.     To use reasonable care in keeping the subject premises and its floors free of any hazardous conditions and slipping hazards known to exist;

c.     Failing to warn the Plaintiff of any dangerous conditions and slipping hazards on the subject property;

d.     Failing to inspect the store and its floors and keep them in a safe condition and keeping it free of any slipping hazards.

10.     That the negligent condition to wit: a transitory substance and/or Vienna sausage, sausage and/or a meat product was/were known to the Defendant, **WALMART,** or had existed for a sufficient length of time such that the Defendant should have known of it. Alternatively, the Defendant, **WALMART,** caused the dangerous, slipping condition.

11.     Further, at all times material hereto the Defendant, **WALMART,** owed a duty to warn the Plaintiff, **GAIL GONZALEZ,** of the dangerous condition described herein and failed to do so.

12.     That as a direct and proximate result of the Defendant, **WALMART's,** negligence, the Plaintiff, **GAIL GONZALEZ,** was injured in and about her body and extremities, suffered pain therefrom, disability mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, incurred medical expenses in the treatment of her injuries, suffered physical handicap and her working ability was impaired and his injuries are either permanent or continuing in nature and the Plaintiff, **GAIL GONZALEZ,** shall suffer these losses and impairments in the future.

EXHIBIT A

WHEREFORE, the Plaintiff, **GAIL GONZALEZ**, demands judgment against Defendant, **WALMART EAST STORES, LP.**, in excess of the jurisdictional limits; compensatory damages; any and all taxable costs; such other relief as this Court deems just and proper, including a Trial by jury of all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiff, **GAIL GONZALEZ**, demands a Trial by jury on all issues so triable as a matter of right.

**DATED** this 24th day of August, 2020.

**BERNSTEIN AND MARYANOFF**
*Attorneys for Plaintiff*
15055 S.W. 122nd Avenue
Miami, Florida 33186
Telephone: (305) 252-6700 extension 228
Facsimile: (305) 252-6715

By: _____ /S/ _____
     Brian D. Glatzer
     Bdglatzer@bellsouth.net
     Natalie@911injured.com

EXHIBIT A